STATE OF CONNECTICUT *v.* TERRENCE TRINE

The state of Connecticut's petition for certification for appeal from the Appellate Court, 37 Conn. App. 561 (AC 13194), is granted, limited to the following issue:

"In the circumstances of this case, does article first, § 7, of the Connecticut constitution require the suppression of contraband evidence obtained by a police officer during a patdown search?"

The Supreme Court docket number is SC 15277.

*Kevin T. Kane,* state's attorney, in support of the petition.

Decided June 1, 1995

ANGEL COLON *v.* SAVIN BROTHERS, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 37 Conn. App. 912 (AC 13759), is denied.

*Brian Prucker,* in support of the petition.

Decided June 1, 1995

FIRST FEDERAL BANK, F. S. B. *v.* RICHARD G. KASTENS ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 913 (AC 13768), is denied.

*Richard G. Kastens,* pro se, in support of the petition.

*Robert G. Golger,* in opposition.

Decided June 1, 1995